1    TIMOTHY T. SCOTT (SBN 126971/tscott@kslaw.com)
2    GEOFFREY M. EZGAR (SBN 184243/ gezgar@kslaw.com)
       LEO SPOONER III (SBN 241541/lspooner@kslaw.com)
       KING & SPALDING LLP
3    333 Twin Dolphin Drive, Suite 400
       Redwood Shores, CA 94065
4    Telephone: (650) 590-0700
       Facsimile: (650) 590-1900

SCOTT T. WEINGAERTNER (*pro hac vice*/sweingaertner@kslaw.com)
ROBERT F. PERRY (rperry@kslaw.com)
CHRISTOPHER C. CARNAVAL (*pro hac vice*/ccarnaval@kslaw.com)
MARK H. FRANCIS (*pro hac vice*/mfrancis@kslaw.com)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Defendant, GOOGLE INC.

\*\*E-Filed 2/22/2010\*\*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TEXTSCAPE LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>GOOGLE INC.<br><br>        Defendant. | Case No. 5:09-cv-04552-JF<br><br>Honorable:    Judge Jeremy Fogel<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING CASE**<br>**MANAGEMENT CONFERENCE TO**<br>**MARCH 12, 2010** |

## **STIPULATION REGARDING THE CASE MANAGEMENT CONFERENCE**

WHEREAS, the Case Management Conference in this action was initially scheduled for February 19, 2010 at 10:30 a.m. before Judge Jeremy Fogel pursuant to the *Clerk's Notice* entered on January 12, 2010 (Dkt. 18).

WHEREAS, the Case Management Conference was continued to February 26, 2010 at 10:30 a.m. before Judge Jeremy Fogel pursuant to the *Clerk's Notice* entered on February 17, 2010 (Dkt. 38).

WHEREAS, scheduling conflicts would make it difficult for the lead counsel of Defendant Google Inc. to attend a Case Management Conference on February 26, 2010, or a week later, on March 5, 2010.

WHEREAS, the Court's clerk has informed counsel for Defendant Google Inc. that the Case Management Conference could be rescheduled for March 12, 2010 pursuant to a Stipulation entered by the Parties.

NOW THEREFORE, Plaintiff Textscape LLC and Defendant Google Inc. ("the Parties") hereby stipulate that the Case Management Conference shall take place on March 12, 2010 at 10:30 a.m. before Judge Jeremy Fogel in courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California, or as otherwise directed by the Court.

The parties have also agreed to amend the *Joint Case Management Conference Statement* filed on February 12, 2010 (Dkt. 36) and adjust the proposed case deadlines in view of the postponed Case Management Conference. An *Amended Joint Case Management Conference Statement* shall be filed forthwith.

| | | |
|---|---|---|
| 1 | Dated: February 19, 2010 | Respectfully submitted, |

/s/ Geoffrey M. Ezgar
TIMOTHY T. SCOTT (SBN 126971)
tscott@kslaw.com
GEOFFREY M. EZGAR (SBN 184243)
gezgar@kslaw.com
LEO SPOONER III (SBN 241541)
lspooner@kslaw.com
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

SCOTT T. WEINGAERTNER (*pro hac vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY
rperry@kslaw.com
CHRISTOPHER C. CARNAVAL (*pro hac vice*)
ccarnaval@kslaw.com
MARK H. FRANCIS (*pro hac vice*)
mfrancis@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

/s/ Edward W. Goldstein
Edward W. Goldstein
Corby R. Vowell
GOLDSTEIN, FAUCETT & PREBEG, L.L.P.
1177 West Loop South, Suite 400
Houston, Texas 77027
Telephone: (713) 877-1515
Facimile: (713) 877-1145
E-mail: egoldstein@gfpiplaw.com
          cvowell@gfpiplaw.com

ATTORNEYS FOR PLAINTIFF
TEXTSCAPE LLC

## **ATTESTATION OF SIGNATURE**

Pursuant to General Order No. 45, Section X(B) regarding signatures, the filing attorney, Geoffrey M. Ezgar, hereby attests under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatory.

DATED: February 19, 2010

KING & SPALDING LLP

By: /s/ *Geoffrey Ezgar*
Geoffrey Ezgar (SBN 184243)
Attorneys for Defendant
GOOGLE INC.

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to stipulation, IT IS ORDERED that the Case Management Conference |
| 3 | shall take place on March 12, 2010 at 10:30 a.m. |
| 4 | |
| 5 | |
| 6 | Dated: February 22, 2010 _____ |
| 7 | Honorable Jeremy Fogel<br>United States District Court |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on February 19, 2010. Any other counsel of record will be served by first class U.S. mail.

DATED: February 19, 2010

KING & SPALDING LLP

By: /s/ *Geoffrey Ezgar*
Geoffrey Ezgar (SBN 184243)
Attorneys for Defendant
GOOGLE INC.