1 | TIMOTHY T. SCOTT (SBN 126971/tscott@kslaw.com)
2 | GEOFFREY M. EZGAR (SBN 184243/ gezgar@kslaw.com)
  | LEO SPOONER III (SBN 241541/lspooner@kslaw.com)
  | KING & SPALDING LLP
3 | 333 Twin Dolphin Drive, Suite 400
  | Redwood Shores, CA 94065
4 | Telephone:  (650) 590-0700
  | Facsimile:   (650) 590-1900
5 |
6 | SCOTT T. WEINGAERTNER (*pro hac vice*/sweingaertner@kslaw.com)
  | ROBERT F. PERRY (rperry@kslaw.com)
  | CHRISTOPHER C. CARNAVAL (*pro hac vice*/ccarnaval@kslaw.com)
7 | MARK H. FRANCIS (*pro hac vice*/mfrancis@kslaw.com)
  | KING & SPALDING LLP
8 | 1185 Avenue of the Americas
  | New York, NY 10036-4003
9 | Telephone:  (212) 556-2100
  | Facsimile:   (212) 556-2222
10 |
11 | Attorneys for Defendant, GOOGLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TEXTSCAPE LLC, | Case No. 5:09-cv-04552-JF |
| Plaintiff, | Honorable:    Judge Jeremy Fogel |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PARTIES TO PRIVATELY MEDIATE** |
| GOOGLE INC. | |
| Defendant. | |

1

STIPULATION REGARDING MEDIATION                                     CASE NO. CV 09-04552 JF

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PARTIES TO PRIVATELY MEDIATE

WHEREAS, on February 17, 2010 Defendant Google Inc. (hereinafter "Defendant" or "Google") and Plaintiff Textscape LLC (hereinafter "Plaintiff" or "Textscape") selected private mediation before Eugene Lynch of the Judicial Arbitration and Mediation Services ("JAMS") as the parties' form of alternative dispute resolution.

WHEREAS, that selection was entered as an order by this court on February 22, 2010, and filed on March 4, 2010.

WHEREAS, the parties have met and conferred, and based on the current state of case development, neither party believes that private mediation at this time would be fruitful.

NOW THEREFORE, the parties hereby stipulate to request an order from the Court to extend the mandatory mediation date from May 24, 2010 to July 23, 2010. This extension will not affect the other dates currently scheduled by the Court.

Dated: April 22, 2010            Respectfully submitted,
                                 /s/ Geoffrey M. Ezgar_____
                                 TIMOTHY T. SCOTT (SBN 126971)
                                 tscott@kslaw.com
                                 GEOFFREY M. EZGAR (SBN 184243)
                                 gezgar@kslaw.com
                                 LEO SPOONER III (SBN 241541)
                                 lspooner@kslaw.com

                                 SCOTT T. WEINGAERTNER (*pro hac vice*)
                                 sweingaertner@kslaw.com
                                 ROBERT F. PERRY
                                 rperry@kslaw.com
                                 CHRISTOPHER C. CARNAVAL (*pro hac vice*)
                                 ccarnaval@kslaw.com
                                 MARK H. FRANCIS (*pro hac vice*)
                                 mfrancis@kslaw.com

                                 ATTORNEYS FOR DEFENDANT
                                 GOOGLE INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Edward W. Goldstein
Edward W. Goldstein
Corby R. Vowell

ATTORNEYS FOR PLAINTIFF
TEXTSCAPE LLC

## ATTESTATION OF SIGNATURE

Pursuant to General Order No. 45, Section X(B) regarding signatures, the filing attorney, Geoffrey M. Ezgar, hereby attests under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatory.

DATED: April 23, 2010                    KING & SPALDING LLP


By: /s/ *Geoffrey Ezgar*
    Geoffrey Ezgar  (SBN 184243)

ATTORNEYS FOR DEFENDANT
GOOGLE INC.

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS ORDERED that the date by which the parties must complete their selected form of alternative dispute resolution, private mediation before Eugene Lynch of the Judicial Arbitration and Mediation Services, shall be extended to July 23, 2010.

Dated: April 26, 2010

_____
Honorable Jeremy Fogel
United States District Court