MICHAEL E. DERGOSITS (State Bar No. 118206)
TEDDY K. JOE (State Bar No. 242589)
DERGOSITS & NOAH, L.L.P.
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile:  (415) 750-6383
Email: mdergosits@dergnoah.com
Email: tjoe@dergnoah.com

Edward W. Goldstein
Corby R. Vowell
GOLDSTEIN, FAUCETT & PREBEG, LLP
1177 West Loop South, Suite 400
Houston, TX  77027
Telephone:  (713) 877-1515
Facsimile:  (713) 877-1737
Email:  egoldstein@gfpiplaw.com
Email:  cvowell@gfpiplaw.com

Attorneys for Textscape LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| TEXTSCAPE LLC, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | Civil Action No.: 5:09-cv-04552 JF |
| v. | § | |
| | § | [~~PROPOSED~~] ORDER STAYING |
| GOOGLE INC., | § | THE LITIGATION PENDING |
| | § | REEXAMINATION  OF U.S. |
| | § | PATENT NO. 5,713,740 |
| Defendant. | § | |

Considering Plaintiff's Stipulation to Stay the Litigation Pending Reexamination of U.S. Patent No. 5,713,740 and finding good cause for the same, the litigation is hereby STAYED pending final outcome, including any appeals, of the reexamination of the '740 patent filed by Google Inc. on April 2, 2010 with the United States Patent and Trademark Office. All current deadlines are hereby VACATED.

1

1  IT IS SO ORDERED.
2
3  Dated:  7/2/10
4                                           _____
   HONORABLE JEREMY FOGEL