**E-Filed 5/3/2011**

1  MICHAEL E. DERGOSITS (State Bar No. 118206)
2  DERGOSITS & NOAH, L.L.P.
   Four Embarcadero Center, Suite 1450
3  San Francisco, CA 94111
   Telephone: (415) 705-6377
4  Facsimile: (415) 750-6383
   Email: mdergosits@dergnoah.com
5
6  Edward W. Goldstein
   Corby R. Vowell
7  GOLDSTEIN & VOWELL, LLP
   1177 West Loop South, Suite 400
8  Houston, TX  77027
   Telephone:  (713) 877-1515
9  Facsimile:  (713) 877-1737
   Email:  egoldstein@gviplaw.com
10 Email:  cvowell@gviplaw.com
11
   Attorneys for Textscape LLC
12

13              IN THE UNITED STATES DISTRICT COURT
14           FOR THE NORTHERN DISTRICT OF CALIFORNIA

15
   TEXTSCAPE LLC,                      §
16                                     §
             Plaintiff,                §      Civil Action No.: 5:09-cv-04552 JF
17 v.                                  §
                                       §      [PROPOSED] ORDER
18 GOOGLE INC.,              §              DISMISSING ALL CLAIMS
                                       §      AND COUNTERCLAIMS WITH
19           Defendant.                §      PREJUDICE
                                       §
20                                     §

21
22          Considering the parties' Stipulation of Dismissal With Prejudice and finding
23 good cause for the same, in view of the United States Patent and Trademark Office's
   cancellation of all patent claims at issue in this case, the Court hereby dismisses all
24 claims and counterclaims brought by the parties in this litigation with prejudice. Each
25 party shall bear its own costs and fees.
26
27
28

                                         1

IT IS SO ORDERED.

Dated: _5/3/2011_____      _____
                                     HONORABLE JEREMY FOGEL